UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

**FILED**

SEP 2 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

William Calomiris Insurance Corp., et al.,   )
                                             )
                    Plaintiffs,              )
                                             )
         v.                                  )
                                             )  Civil Action
                                             )
Transportation Insurance Co., et al.,        )
                                             )
                    Defendants.              )

CASE NUMBER 1:05CV01881

JUDGE: Richard W. Roberts

DECK TYPE: Contract

DATE STAMP: 09/23/2005

### CERTIFICATE RULE LCvR7.1

I, the undersigned, counsel of record for <u>Plaintiffs</u> certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of <u>William Calomiris Investment Corp., Inc.</u> which have any outstanding securities in the hands of the public: <u>      None                                </u>

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[signature]*
Signature

<u>   965814   </u>
Bar Identification No.

<u>Benjamin F. Wilson, Esq.</u>
Print Name

<u>1350 I Street, N.W., Suite 700</u>
Address

<u>Washington,</u>          <u>D.C.</u>          <u>20005</u>
City                  State          Zip Code

<u>202/789-6000</u>
Phone Number

3