IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILLIAM CALOMIRIS INVESTMENT CORP. et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:05CV01881 |
| TRANSPORTATION INSURANCE CO. et al, | ) ) ) | |
| Defendants. | ) ) | |

### ENTRY OF APPEARANCE

Pursuant to LCvR83.6(a), L. Barrett Boss and COZEN O'CONNOR hereby give notice of his entry of appearance on behalf of defendants Transportation Insurance Company and Continental Casualty Company, CNA,.

Respectfully submitted:

By: __/s/_____
L. Barrett Boss, D.C. Bar #398100
COZEN O'CONNOR
1667 K Street, NW, Suite 500
Washington, D.C.  20006
(202) 912-4800

Counsel for Transportation Insurance Company
and Continental Casualty Company, CNA,.

Dated: October 17, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM CALOMIRIS INVESTMENT CORP. et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 1:05CV01881 |
| TRANSPORTATION INSURANCE CO. et al, | ) ) ) |
| Defendants. | ) ) ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this 17th day of October, 2005 served a copy of the foregoing Entry of Appearance via electronic filing:

    Benjamin F. Wilson
    Beveridge & Diamond, P.C.
    1350 Eye Street, NW, Suite 700
    Washington, DC  20005
    Telephone:  202.789.6000
    Facsimile:  202.789.6190

                                              ____/s/_____
                                              L. Barrett Boss