IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM CALOMIRIS INVESTMENT CORP. et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRANSPORTATION INSURANCE CO. et al, <br><br> Defendants. | Civil Action No. 1:05CV01881 |

**CONSENT MOTION FOR EXTENSION OF TIME WITHIN WHICH DEFENDANTS MAY RESPONSIVELY PLEAD TO THE COMPLAINT**

Defendants, Transportation Insurance Company and Continental Casualty Company, CNA, by and through their undersigned counsel, hereby move the Court for an Order extending the time to responsively plead to the Complaint pursuant to Federal Rule of Civil Procedure 6(b)(1), until November 8, 2005, and aver the following in support thereof:

1. Defendants were served with summonses on September 26, 2005, and thus under Federal Rule of Civil Procedure 12(1)(B), responsive pleadings would be due on October 17, 2005.

2. The Defendants require additional time to fully and properly respond to the Complaint.

3. Granting of this Motion will have no effect on any previously scheduled deadlines, as none currently exist in this matter.

4. Counsel for the plaintiffs have consented to the requested extension of time.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an Order extending the period within which they may respond to Plaintiffs' Complaint until November 8, 2005.

Respectfully submitted,

____/s/_____
L. BARRETT BOSS
(D.C. BAR No. 398100)
Cozen O'Connor
1667 K Street, NW, Suite 500
Washington, DC  20006
(202) 912-4800
(202) 912-4830 (Facsimile)

Attorney for Defendants

Date:  October 17, 2005

2

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this 17th day of October, 2005 served a copy of the foregoing Consent Motion for Extension of Time within which to Responsively Plead to the Complaint via electronic filing:

Benjamin F. Wilson
Beveridge & Diamond, P.C.
1350 Eye Street, NW, Suite 700
Washington, DC  20005
Telephone:  202.789.6000
Facsimile:   202.789.6190

                    ____/s/_____
                      L. Barrett Boss