## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM CALOMIRIS INVESTMENT CORP. et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 1:05CV01881** |
| ) | |
| **TRANSPORTATION INSURANCE CO. et al,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### ORDER

This matter having come before the Court, and all parties having consented to the

Motion for the Extension of Time within which Defendants may Responsively Plead to the

Complaint, it is hereby

ORDERED, that the motion be and is hereby GRANTED, and it is further

ORDERED, that time for Defendants to respond to the Complaint, Pursuant to

Federal Rule of Civil Procedure 6(b)(1) is extended until November 8, 2005.


_____

United States District Judge Richard W. Roberts

Date:_____