UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
WILLIAM CALOMIRIS INVESTMENT  )
CORP. et al.,                 )
                              )
        Plaintiffs,           )
                              )
    v.                        )   Civil Action No.: 05-1881 (RWR)
                              )
TRANSPORTATION INSURANCE CO.  )
et al.,                       )
                              )
        Defendants.           )
_____)
```

## ORDER TO SHOW CAUSE

Plaintiffs filed, along with the complaint, notice of a prior-filed related case pending in the United States District Court for the District of Maryland, Civil Action No. AW-05-cv-2171. This case and the related case involve common issues of fact and arise from the same event or transaction. See Local Civil Rule 40.5(a)(3). The complaint filed in this action appears to consist of claims that constitute compulsory counterclaims in the related case. See Fed. R. Civ. P. 19(a). Accordingly, plaintiffs are hereby

ORDERED to show cause in writing by the 31st day of October, 2005, why this case should not be stayed pending resolution of the related case or, alternatively, transferred to the United States District Court for the District of Maryland for consolidation with the related case. It is further

-2-

ORDERED that defendants' consent motion [Dkt. # 5] for extension of time to respond to the complaint be, and hereby is, GRANTED, nunc pro tunc, and that defendants are not required to respond to the complaint until further direction from this court.

SIGNED this 18th day of October, 2005.

```
                            /s/
                    RICHARD W. ROBERTS
                    United States District Judge
```