AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

William Calomiris Investment Corp., et al., )
        Plaintiff(s) )
       ) **APPEARANCE**
       )
       vs. ) CASE NUMBER  1:05CV01881
Transportation Insurance Co., et al., )
       )
       Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __David M. Williamson__ as counsel in this
                (Attorney's Name)

case for: __William Calomiris Investment Corp., et al.__
            (Name of party or parties)

October 27, 2005
Date

*Signature*
David M. Williamson
Print Name

462762
BAR IDENTIFICATION

1350 I Street, N.W. Suite 700
Address

Washington, DC 20005
City    State    Zip Code

202-789-6000
Phone Number