UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM CALOMIRIS INVESTMENT CORP. et al., </br></br>                Plaintiffs, </br></br>            v. </br></br>TRANSPORTATION INSURANCE CO. et al, </br></br>                Defendants. | **CIVIL ACTION NO. 1:05-01881 (RWR)** |

**MOTION AND INCORPORATED STATEMENT
TO ADMIT STEPHEN R. BISHOP *PRO HAC VICE***

L. Barrett Boss, a member of the bar of this Court, pursuant to District Court Local Rule 83.2, moves for the admission *pro hac vice* of Stephen S. Bishop to represent Defendants Transportation Insurance Company and Continental Casualty Company, CNA, as co-counsel in the above-captioned action. In further support of this Motion, counsel offers the accompanying statement of Stephen R. Bishop incorporated herein by reference.

                                    Respectfully submitted,

                                    _____/s/_____
                                    L. BARRETT BOSS
                                    Bar No. 398100
                                    Cozen O'Connor
                                    1667 K Street, NW, Suite 500
                                    Washington, DC  20006
                                    (202) 912-4800
                                    (202) 912-4830 (Facsimile)
                                    Attorney for Defendants

Date:  November 1, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2005, a true and correct copy of the Motion and Incorporated Statement to Admit Stephen R. Bishop *Pro Hac Vice* was served via the electronic filing service upon:

David M. Williamson, Esq.
Beveridge & Diamond, P.C.
1350 Eye Street, NW, Suite 700
Washington, DC 20005
Telephone: 202.789.6000
Facsimile: 202.789.6190

                                                    /s/
                                       L. BARRETT BOSS