UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM CALOMIRIS INVESTMENT CORP. et al., | ) ) ) | |
| Plaintiffs, | ) ) | **CIVIL ACTION NO. 1:05-01881 (RWR)** |
| v. | ) ) | |
| TRANSPORTATION INSURANCE CO. et al, | ) ) ) | |
| | ) ) | |
| Defendants. | ) ) | |

## STATEMENT OF STEPHEN R. BISHOP

Stephen R. Bishop, by and through local counsel and pursuant to District Court Local Rule 83.2(d), moves for admission *pro hac vice*.  In support of this Motion, counsel offers the following:

Full name:  Stephen R. Bishop

Office address and telephone:

> Cozen O'Connor
> 1900 Market Street
> Philadelphia, PA  19103
> Telephone:  (215) 665-2000
> Fax:  (215) 665-2013

Bar Admission:  U.S. District Court of New Jersey (1998); U.S. District Court, Eastern District of Pennsylvania (1998); Pennsylavania State Bar (1998); New Jersey State Bar (1998)

Discipline:  I have not been disciplined by any bar.

Prior Admission *Pro Hac Vice* to this Court:  None.

I do not engage in the practice of law from an office located in the District of Columbia.

Respectfully submitted,

2

     /s/
Stephen S. Bishop
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
p215-665-2000
f 215-701-2013
sbishop@cozen.com

Dated:  November 1, 2005

2