UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM CALOMIRIS INVESTMENT CORP. et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>TRANSPORTATION INSURANCE CO. et al,<br><br>            Defendants. | CIVIL ACTION NO. 1:05-01881 (RWR) |

## MOTION AND INCORPORATED STATEMENT
## TO ADMIT WILLIAM P. SHELLEY *PRO HAC VICE*

L. Barrett Boss, a member of the bar of this Court, pursuant to District Court Local Rule 83.2, moves for the admission *pro hac vice* of William P. Shelley to represent Defendants Transportation Insurance Company and Continental Casualty Company, CNA, as co-counsel in the above-captioned action. In further support of this Motion, counsel offers the accompanying statement of William P. Shelley incorporated herein by reference.

                              Respectfully submitted,

                              _____/s/_____
                              L. BARRETT BOSS
                              Bar No. 398100
                              Cozen O'Connor
                              1667 K Street, NW, Suite 500
                              Washington, DC  20006
                              (202) 912-4800
                              (202) 912-4830 (Facsimile)
                              Attorney for Defendants

Date:  November 4, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2005, a true and correct copy of the Motion and Incorporated Statement to Admit William P. Shelley *Pro Hac Vice* was served via the electronic filing service upon:

David M. Williamson, Esq.
Beveridge & Diamond, P.C.
1350 Eye Street, NW, Suite 700
Washington, DC 20005
Telephone: 202.789.6000
Facsimile: 202.789.6190

                                                      /s/
                                        L. BARRETT BOSS