UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM CALOMIRIS INVESTMENT CORP. et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRANSPORTATION INSURANCE CO. et al, <br><br> Defendants. | CIVIL ACTION NO. 1:05-01881 (RWR) |

## STATEMENT OF WILLIAM P. SHELLEY

William P. Shelley, by and through local counsel and pursuant to District Court Local Rule 83.2(d), moves for admission *pro hac vice*. In support of this Motion, counsel offers the following:

Full name:  William P. Shelley

Office address and telephone:

> Cozen O'Connor
> 1900 Market Street
> Philadelphia, PA  19103
> Telephone:  (215) 665-2000
> Fax:  (215) 665-2013

Bar Admission:  State of New Jersey (1980);  Commonwealth of Pennsylvania (1984);  State of New York (1989);  US District Court, Eastern District of Pennsylvania (1989);  US District Court, Wstern District of Pennsylvania (2002);  US District Court, Southern District of New York (1995); US District Court, Eastern District of New York (1996);  US District Court, Northern District of New York (1996);  US District Court, Western District of New York (1998);  United States Court of Appeals for the Third Circuit (1983);  United States Court of Appeals for

the Eleventh Circuit (2000); United States Court of Appeals for the District of Columbia Circuit (1985); United States Supreme Court (1984).

    Discipline: I have not been disciplined by any bar.

    Prior Admission *Pro Hac Vice* to this Court within past two years: None; one (1) motion pending in Civil Action No. 1:05CV01125 (JGP), filed 7/29/2005.

    I do not engage in the practice of law from an office located in the District of Columbia.

    Respectfully submitted,

    /s/
William P. Shelley
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
p 215-665-2000
f 215-701-2013
WShelley@cozen.com

Dated: November 4, 2005

2