UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM CALOMIRIS INVESTMENT CORP., et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRANSPORTATION INSURANCE CO. et al, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) **CIVIL ACTION NO. 1:05-01881 (RWR)** |

## ORDER

This matter comes before the Court on the Motion for Admission *Pro Hac Vice* of William P. Shelley. The Motion is GRANTED, and it is hereby

ORDERED that Mr. Shelley is admitted *pro hac vice* to represent Defendants Transportation Insurance Company and Continental Casualty Company, CNA, in the above captioned litigation.

Dated: _____          _____
                                                          The Honorable Richard W. Roberts
                                                          United States District Judge

Copies to:
All Counsel of Record via Electronic Filing