UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
WILLIAM CALOMIRIS INVESTMENT  )
CORP. et al.,                 )
                              )
        Plaintiffs,           )
                              )
    v.                        )   Civil Action No. 05-1881 (RWR)
                              )
TRANSPORTATION INSURANCE CO.  )
et al.,                       )
                              )
        Defendants.           )
_____)
```

## ORDER STAYING PROCEEDINGS

Upon consideration of plaintiffs' response [Dkt. 9] to the show cause order [Dkt. 6] directing plaintiffs to state why this case should not be either transferred or stayed pending resolution of the proceedings filed in the District of Maryland, it is hereby

ORDERED that the proceedings in this case be, and hereby are, STAYED pending resolution of the proceedings in Civil Action No. AW-05-cv-2171 now pending before the United States District Court for the District of Maryland.  The Clerk of Court is directed to administratively close this case until further notice.  It is further

ORDERED that the show cause order [Dkt. 6] be, and hereby is, DISCHARGED.

-2-

SIGNED this 7th day of November, 2005.

```
                         /s/
              RICHARD W. ROBERTS
              United States District Judge
```