IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM CALOMIRIS INVESTMENT CORP., *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) No. 1:05-CV-01881 (RWR) |
| v. | ) ) ) |
| TRANSPORTATION INSURANCE COMPANY, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## ENTRY OF APPEARANCE

John F. O'Connor and Steptoe & Johnson LLP hereby enter their appearance as counsel of record for all Defendants in the above-captioned action.

Respectfully submitted,

*/s/ John F. O'Connor*
Roger E. Warin
John F. O'Connor (D.D.C. Bar No. 460688)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 – telephone
(202) 429-3902 – facsimile
rwarin@steptoe.com
joconnor@steptoe.com