# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM CALOMIRIS INVESTMENT CORP. et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )    Civil Action No.: 05-1881 (RWR) ) |
| TRANSPORTATION INSURANCE CO. et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER TO SHOW CAUSE

By order dated November 7, 2005, proceedings in this case were stayed pending a resolution of a related case, Transportation Ins. Co. v. William Calomiris Investment Corp. et al., Civil Action No. 05-2171, then pending in the United States District Court for the District of Maryland.  That case was dismissed by order dated April 12, 2006.  Plaintiff is directed to file by December 15, 2006 a voluntary dismissal of this action under Federal Rule of Civil Procedure 41(a)(1)(i) or show cause in writing why this case should not be dismissed for want of prosecution.

SIGNED this 17th day of November, 2006.

                            /s/
                    _____
                    RICHARD W. ROBERTS
                    United States District Judge