IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM CALOMIRIS INVESTMENT CORP. et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TRANSPORTATION INSURANCE CO. et al, )<br>)<br>Defendants. )<br>_____) | CA No. 1:05CV01881 (RWR) |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM
TO WITHDRAW APPEARANCE AS COUNSEL FOR DEFENDANTS**

Undersigned counsel for Defendants, Transportation Insurance Company and Continental Casualty Company (hereinafter "Defendants"), hereby move this Court, pursuant to D.C. LCvR 83.6(c), for an Order granting this Unopposed Motion and Incorporated Memorandum to Withdraw Appearance as Counsel for Defendants in the above-captioned matter. In support of this motion, counsel avers the following:

1. Defendants have retained new counsel to represent them in this action.

2. On July 31, 2006, John F. O'Connor, Jr., Esquire of the law firm Steptoe & Johnson LLP entered his appearance on behalf of all Defendants (Docket Number 12).

3. On November 27, 2006, Mr. O'Connor was contacted and consented to the filing of this motion. Furthermore, Defendants consented to the withdrawal of undersigned counsel.

4. On November 27, 2006, opposing counsel was contacted and stated there would be no opposition to this motion.

WHEREFORE, undersigned counsel respectfully request that this Honorable Court enter an Order granting this Unopposed Motion and Incorporated Memorandum to Withdraw Appearance as counsel for Defendants in this action.

                                              Respectfully submitted,

_____/s/ _____
L. Barrett Boss
DC Bar No. 398100
Cozen O'Connor
1627 I Street, NW
Suite 1100
Washington, DC  20006
(202) 912-4818 (telephone)
(202) 912-4830 (fax)

_____/s/ _____
William P. Shelley
*Admitted Pro Hac Vice*
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-4142 (telephone)
(215) 665-2013 (fax)

_____/s/ _____
Stephen R. Bishop
*Admitted Pro Hac Vice*
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2772 (telephone)
(215) 665-2013 (fax)

Dated:  November 28, 2006