IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM CALOMIRIS INVESTMENT CORP. et al., ) ) ) Plaintiffs, ) ) v. ) ) TRANSPORTATION INSURANCE CO. et al, ) ) Defendants. ) ) | CA No. 1:05CV01881 (RWR) |

**PROPOSED ORDER**

This matter comes before the Court on the Unopposed Motion and Incorporated Memorandum to Withdraw Appearance as Counsel for Defendants. The Motion is GRANTED, and it is hereby

ORDERED that the appearance for L. Barrett Boss as counsel for Defendants, Transportation Insurance Company and Continental Casualty Company, in the above captioned litigation is VACATED; and it is further

ORDERED that the appearance for William P. Shelley as counsel for Defendants, Transportation Insurance Company and Continental Casualty Company, in the above captioned litigation is VACATED; and it is further

ORDERED that the appearance for Stephen R. Bishop as counsel for Defendants, Transportation Insurance Company and Continental Casualty Company, in the above captioned litigation is VACATED.

Dated: _____        _____
                                    The Honorable Richard W. Roberts
                                    United States District Judge

Copies to: All Counsel of Record via Electronic Filing