UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM CALOMIRIS INVESTMENT CORP., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TRANSPORTATION INSURANCE CO., et al., ) <br> ) <br> Defendants. ) | Civil Action No. 05-1881 (RWR) |

**PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER**

Plaintiffs William Calomiris Investment Corp., et al.,[1] respectfully respond to this Court's show cause order, dated November 17, 2006, and request that this Court lift the stay imposed November 7, 2005 so that Plaintiffs' claims may proceed. The Calomirises to date have refrained from requesting that the stay be lifted in order to provide an opportunity for settlement before further litigation. It now appears that the case will need to be litigated further before it can be resolved. As further cause and grounds for lifting the stay, Plaintiffs state the following:

1. Plaintiffs ("the Calomirises") filed their complaint [Dck.1] in this matter on September 23, 2005 seeking a declaration of insurance indemnification and related damages from their insurance carriers, Defendants Transportation Insurance Company and Continental Casualty Company ("the Insurance Carriers").

---

[1] Plaintiffs are William Calomiris Investment Corp., National Capital Properties, Ltd., George William Calomiris, Peter Calomiris, Pauline Calomiris, George Donald Calomiris, Joann Calomiris, Janice Calomiris and Penelope Calomiris.

2. Defendants were served on or about that same date.

3. Taking note of a related case, this Court stayed proceedings by Order dated November 7, 2005, pending resolution of a parallel declaratory judgment action brought by the Insurance Carriers (Defendants in this action) against the Calomirises in Civil Action AW-05-cv-2171 in the United States District Court for the District of Maryland.

4. On April 12, 2006, the Maryland district court dismissed the insurance carriers' action for lack of jurisdiction.

5. Shortly after the Maryland district court's ruling in favor of the Calomirises, the parties began settlement discussions in order to ascertain whether a settlement could be reached without further litigation.

6. In or about June 2006, Defendants notified the Calomirises that they were changing counsel. The Defendants' present counsel and the Calomirises counsel subsequently met in a face-to-face discussion on June 30, 2006. Defendants' present counsel, Mr. O'Connor, indicated at that time, and on several subsequent occasions, that Defendants desired to continue settlement negotiations, but requested time to familiarize himself with the case and gather the files. On July 31, 2006, Mr. O'Connor entered an appearance as counsel of record in this matter [Dck. 12]. At various times, the Calomirises have provided information and documents requested by the Defendants or that might otherwise help facilitate settlement. On several occasions, Plaintiffs' counsel contacted defense counsel in an attempt to ascertain whether further settlement discussions would be productive. Each time, defense counsel indicated that Defendants were considering the Calomirises' settlement proposals and required more time to evaluate the claims.

7. At this point, in light of the timing and the developments to date, it does not appear that a settlement can be reached at this stage of the litigation.

## Conclusion

For the reasons set forth herein, there is good cause not to dismiss this case. Plaintiffs respectfully request that this Court lift the stay on proceedings and schedule this matter for an initial conference.

December 5, 2006

Respectfully submitted,

*/s/ David M. Williamson*

Harold L. Segall (No. 395523)
Benjamin F. Wilson (No. 965814)
David M. Williamson (No. 462762)
BEVERIDGE & DIAMOND, P.C.
1350 Eye Street, N.W., Suite 700
Washington, DC  20005-3311
Tel: (202) 789-6000
Fax: (202) 789-6190

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a copy of Plaintiffs' Response to Show Cause Order was served electronically this 5th day of December, 2006, in compliance with Fed. R. Civ. P. 5(a) on the following:

>Roger E. Warin, Esq.
>John F. O'Connor, Esq.
>Steptoe & Johnson LLP
>1330 Connecticut Avenue, N.W.
>Washington, D.C. 20036
>(202)-429-3000 - telephone
>(202) 429-3902 - facsimile
>rwarin@steptoe.com
>joconnor@steptoe.com
>
>*Attorneys for Defendants*

/s/ David M. Williamson
_____
David M. Williamson

4