UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILLIAM CALOMIRIS INVESTMENT CORP., **et al.**, | ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No.05-1881 (RWR) |
| TRANSPORTATION INSURANCE CO., **et al.**, | ) ) ) |  |
| Defendants. | ) ) |  |

### ORDER TO SHOW CAUSE

By minute order dated December 7, 2006, the stay in this case was lifted. Since then, the defendants have not filed an answer, and plaintiffs have not sought an entry of default or moved for default judgment. Accordingly, it is hereby

ORDERED that on or before February 16, 2007, plaintiffs shall show cause in writing why this case should not be dismissed for failure to prosecute.

SIGNED this 6th day of February, 2007.

                                                /s/
                                    RICHARD W. ROBERTS
                                    United States District Judge