UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM CALOMIRIS INVESTMENT CORP., et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRANSPORTATION INSURANCE CO., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-1881 (RWR) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER**

Plaintiffs William Calomiris Investment Corp., et al.,[1] respectfully respond to this Court's show cause order, dated February 6, 2007, and request that this Court discharge the show cause order. In addition, the parties have reached a settlement in principle, and therefore the parties jointly request that this Court stay the case for thirty (30) days to allow the parties to finalize papers and prepare necessary filings.

As further cause and grounds for lifting the stay, Plaintiffs state the following:

1. Plaintiffs ("the Calomirises") filed their complaint [Dck.1] in this matter on September 23, 2005 seeking a declaration of insurance indemnification and related damages from their insurance carriers, Defendants Transportation Insurance Company and Continental Casualty Company ("the Insurance Carriers" or "Defendants").

---

[1] Plaintiffs are William Calomiris Investment Corp., National Capital Properties, Ltd., George William Calomiris, Peter Calomiris, Pauline Calomiris, George Donald Calomiris, Joann Calomiris, Janice Calomiris and Penelope Calomiris.

2. Defendants were served on or about that same date.

3. Taking note of a related case, this Court stayed proceedings by Order dated November 7, 2005, pending resolution of a parallel declaratory judgment action brought by the Insurance Carriers (Defendants in this action) against the Calomirises in Civil Action AW-05-cv-2171 in the United States District Court for the District of Maryland.

4. On April 12, 2006, the Maryland district court dismissed the insurance carriers' action for lack of jurisdiction.

5. Shortly after the Maryland district court's ruling in favor of the Calomirises, the parties began settlement discussions in order to ascertain whether a settlement could be reached without further litigation.

6. By way of minute order, dated December 29, 2006, this Court lifted the stay previously imposed. However, the Court had previously granted Defendants' motion for extension of time to respond to the complaint [Order, dated Oct. 18, 2005, Dck. 6] in which the court stated "defendants are not required to respond too the complaint until further direction from this court"; accordingly, there was some ambiguity and Defendants were apparently of the position that no answer was due at that time.

7. In the meantime, the Parties continued settlement discussions, and on February 12, 2007, the Parties reached a settlement in principle, conditioned on seasonable negotiation of mutually acceptable payment terms and liability releases.

8. The Parties now require thirty days to draw up settlement papers and to prepare dismissal papers, and therefore request that this Court stay proceedings for that period of time.

9.  A stay will not result in prejudice, and will conserve judicial resources. Other than the show cause order and Defendants' responsive pleading, there are no other matters pending before the court.

## Conclusion

For the reasons set forth herein, there is good cause not to dismiss this case, and Plaintiffs respectfully request that this Court discharge the show cause order. In addition, in light of the settlement in principle reached between the Parties, the Parties jointly request that this Court stay further proceedings in this case for thirty (30) days pending finalization of settlement papers.

February 13, 2007                Respectfully submitted,

/s/ David M. Williamson
_____
Harold L. Segall (No. 395523)
Benjamin F. Wilson (No. 965814)
David M. Williamson (No. 462762)
BEVERIDGE & DIAMOND, P.C.
1350 Eye Street, N.W., Suite 700
Washington, DC 20005-3311
Tel: (202) 789-6000
Fax: (202) 789-6190

*Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I certify that counsel for Plaintiffs conferred with counsel for Defendants by electronic correspondence, and that counsel for Defendants has joined in the request for a stay pending settlement of this matter.

/s/ David M. Williamson
_____
David M. Williamson
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I certify that a copy of Plaintiffs' Response to Show Cause Order was served electronically this 13th day of February 2007, in compliance with Fed. R. Civ. P. 5(a) on the following:

>Roger E. Warin, Esq.
>John F. O'Connor, Esq.
>Steptoe & Johnson LLP
>1330 Connecticut Avenue, N.W.
>Washington, D.C. 20036
>(202)-429-3000 - telephone
>(202) 429-3902 - facsimile
>rwarin@steptoe.com
>joconnor@steptoe.com

>*Attorneys for Defendants*

                                */s/ David M. Williamson*
                                _____
                                David M. Williamson

592116v1  Washington 011614