```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____ )
                             )
**WILLIAM CALOMIRIS INVESTMENT** )
**CORP.**, <u>et al.</u>,        )
                             )
    Plaintiffs,         )
                             )
    v.                  )   Civil Action No.05-1881 (RWR)
                             )
**TRANSPORTATION INSURANCE CO.**, )
<u>et al.</u>,                  )
                             )
    Defendants.         )
_____ )

### <u>ORDER</u>

The parties have reported that they have reached a settlement. In light of this response, it is hereby

ORDERED that the Show Cause Order be, and hereby is, DISCHARGED. It is further

ORDERED that this case be, and hereby is, DISMISSED without prejudice for thirty days. It is further

ORDERED that any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

ORDERED that if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice.

SIGNED this 20th day of February, 2007.

                                                            _____/s/_____
                                                            RICHARD W. ROBERTS
                                                            United States District Judge