IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILLIAM CALOMIRIS INVESTMENT CORP., *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:05-CV-01881 (RWR) |
| v. | ) ) | |
| TRANSPORTATION INSURANCE COMPANY, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT MOTION TO EXTEND DATE UPON WHICH
CASE SHALL BE REOPENED OR STAND DISMISSED WITH PREJUDICE**

In support of their Joint Motion to Extend Date Upon Which Case Shall Be Reopened Or Stand Dismissed With Prejudice, Plaintiffs and Defendants state as follows:

1.  On February 13, 2007, Plaintiffs, on behalf of all parties, advised the Court that the parties had reached a settlement in principle conditioned on seasonable negotiation of mutually acceptable payment terms and liability releases [Dkt. #17].

2.  On February 20, 2007, the Court responded to this notice by dismissing the case without prejudice [Dkt. #18]. The Court's February 20, 2007 Order further provides that "any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court." The Court's Order also provides that "if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice."

3.  The parties have exchanged drafts of a settlement agreement that would resolve all of the claims in the above-captioned action, and anticipate executing a written settlement

- 2 -

agreement shortly.  Given the impending conversion of the dismissal of this case to a dismissal with prejudice, however, the parties jointly request that the Court extend the date upon which the parties may reopen the case, and the date upon which the case will, without further order, stand dismissed with prejudice.  The parties seek an order allowing the parties to move to reopen the case up to and including April 6, 2007, and that the case will stand dismissed with prejudice after April 6, 2007 if no such motion to reopen the case (or further extend the period of dismissal without prejudice) has been filed by April 6, 2007.  Such an order will ensure that the case is not dismissed with prejudice prior to the parties' execution of a written settlement agreement.  A proposed order is attached.

WHEREFORE, all parties to this action respectfully request that the Court grant the present motion.

Respectfully submitted,

| */s/ David M. Williamson* | */s/ John F. O'Connor* |
|---|---|
| Harold L. Segall (Bar No. 395523) | Roger E. Warin |
| Benjamin F. Wilson (Bar No. 965814) | John F. O'Connor (Bar No. 460688) |
| David M. Williamson (Bar No. 462762) | STEPTOE & JOHNSON LLP |
| BEVERIDGE & DIAMOND, P.C. | 1330 Connecticut Avenue, N.W. |
| 1350 Eye Street, N.W., Suite 700 | Washington, D.C. 20036 |
| Washington, D.C. 20005-3311 | (202) 429-3000 – telephone |
| (202) 789-6000 – telephone | (202) 429-3902 – facsimile |
| (202) 789-6190 – facsimile | |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |