IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| WILLIAM CALOMIRIS INVESTMENT CORP., *et al.*, ) ) ) ) | |
| Plaintiffs, ) | No. 1:05-CV-01881 (RWR) |
| v. ) | |
| TRANSPORTATION INSURANCE COMPANY, *et al.*, ) ) ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

The Court, having considered the parties' Joint Motion to Extend Date Upon Which Case Shall Be Reopened Or Stand Dismissed With Prejudice, hereby GRANTS the parties' motion. It is hereby

ORDERED that this case remains DISMISSED without prejudice. It is further

ORDERED that any party may, at any time between the entry of this Order up to and including April 6, 2007, reopen this case upon motion approved by the Court. It is further

ORDERED that it no party moves to reopen this case by April 6, 2007, or to further extend the period of dismissal without prejudice, this case shall, without further order, stand dismissed with prejudice after April 6, 2007.

Signed this ___ day of March, 2007.

_____
RICHARD W. ROBERTS
United States District Judge