IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILLIAM CALOMIRIS INVESTMENT CORP., *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:05-CV-01881 (RWR) |
| v. | ) ) ) | |
| TRANSPORTATION INSURANCE COMPANY, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT MOTION TO FURTHER EXTEND DATE UPON WHICH
CASE SHALL BE REOPENED OR STAND DISMISSED WITH PREJUDICE**

In support of their Joint Motion to Further Extend Date Upon Which Case Shall Be Reopened Or Stand Dismissed With Prejudice, Plaintiffs and Defendants state as follows:

1. On February 13, 2007, Plaintiffs, on behalf of all parties, advised the Court that the parties had reached a settlement in principle conditioned on seasonable negotiation of mutually acceptable payment terms and liability releases [Dkt. #17].

2. On February 20, 2007, the Court responded to this notice by dismissing the case without prejudice [Dkt. #18]. The Court's February 20, 2007 Order further provided that "any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court." The Court's Order also provided that "if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice."

3. On April 3, 2007, the Court entered a minute order granting the parties' joint motion to extend the date on which the case would stand dismissed with prejudice. The Court's

- 2 -

Order provided that the case would stand dismissed with prejudice if no party moved to reopen the case or to further extend the deadline for dismissal with prejudice on or before April 6, 2007. The parties had requested this extension because they were close to a final draft of a settlement agreement and needed additional time to finalize the draft.

4.  The parties have reached agreement on a written settlement agreement. Defendants executed the agreement on March 29, 2007. Because of the large number of individual Plaintiffs in this action, Plaintiffs' counsel has obtained the signatures of some but not all of the Plaintiffs to the written settlement agreement. Plaintiffs' counsel anticipates obtaining the rest of its clients' signatures in the next few days. The settlement agreement requires a period of ten (10) business days after signatures are received for the settlement to close. The parties anticipate that this can be accomplished by April 24, 2007.

5.  As a result, and given the pendency of the April 6, 2007 deadline for seeking to reopen the case or seek further extension of the date on which the case will stand dismissed with prejudice, the parties jointly seek an order allowing the parties to move to reopen the case up to and including April 24, 2007, and that the case will stand dismissed with prejudice after April 24, 2007 if no such motion to reopen the case (or further extend the period of dismissal without prejudice) has been filed by April 24, 2007. Such an order will allow the parties to complete execution of the written settlement agreement and to complete performance of the settlement agreement before the case is dismissed with prejudice. A proposed order is attached.

WHEREFORE, all parties to this action respectfully request that the Court grant the present motion.

- 3 -

|  |  |
|---|---|
| Respectfully submitted, | |
| */s/ David M. Williamson* | */s/ John F. O'Connor* |
| _____ | _____ |
| Harold L. Segall (Bar No. 395523) | Roger E. Warin |
| Benjamin F. Wilson (Bar No. 965814) | John F. O'Connor (Bar No. 460688) |
| David M. Williamson (Bar No. 462762) | STEPTOE & JOHNSON LLP |
| BEVERIDGE & DIAMOND, P.C. | 1330 Connecticut Avenue, N.W. |
| 1350 Eye Street, N.W., Suite 700 | Washington, D.C. 20036 |
| Washington, D.C. 20005-3311 | (202) 429-3000 – telephone |
| (202) 789-6000 – telephone | (202) 429-3902 – facsimile |
| (202) 789-6190 – facsimile | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |