IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILLIAM CALOMIRIS INVESTMENT CORP., *et al.*, | ) ) ) ) |
| Plaintiffs, | ) No. 1:05-CV-01881 (RWR) |
| v. | ) ) ) |
| TRANSPORTATION INSURANCE COMPANY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41, all Plaintiffs hereby dismiss all claims in the above captioned action against all Defendants with prejudice, the parties to bear their own costs.

April 23, 2007

Respectfully submitted,

/s/ John O'Connor (by permission)        /s/ David M. Williamson

Roger E. Warin, Esq.                     Harold L. Segall (No. 395523)
John F. O'Connor, Esq.                   David M. Williamson (No. 462762)
Steptoe & Johnson LLP                    BEVERIDGE & DIAMOND, P.C.
1330 Connecticut Avenue, N.W.            1350 Eye Street, N.W., Suite 700
Washington, D.C. 20036                   Washington, DC  20005-3311
Tel: (202)-429-3000 Fax: (202) 429-3902  Tel: (202) 789-6084 Fax: (202) 789-6190

*Attorneys for Defendants*                *Attorneys for Plaintiffs*